United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                 Case No. 23-12716-amc

Gabrielle McDuffy                                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                               User: admin                                              Page 1 of 5

Date Rcvd: Dec 22, 2023                                      Form ID: 318                                     Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gabrielle McDuffy, 2405 Maryland Road, Unit # 304, Willow Grove, PA 19090-1770 |
| 14813856 | + | SYNOVUS BANK, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Dec 23 2023 04:38:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2023 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 23 2023 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14813785 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 22 2023 23:44:00 | AMERICAN HONDA FINANCE, PO BOX 168128, IRVING, TX 75016-8128 |
| 14813784 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 22 2023 23:44:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 14813787 | + | EDI: BANKAMER | Dec 23 2023 04:38:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14813786 | + | EDI: BANKAMER | Dec 23 2023 04:38:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14813788 | + | EDI: CAPITALONE.COM | Dec 23 2023 04:38:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14813790 | | EDI: CAPITALONE.COM | Dec 23 2023 04:38:00 | CAPITAL ONE, PO BOX 85520, RICHMOND, VA 23285 |
| 14813791 | + | EDI: CAPITALONE.COM | Dec 23 2023 04:38:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14813792 | + | EDI: CAPITALONE.COM | Dec 23 2023 04:38:00 | CAPITAL ONE/SAKSFIRST, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14813793 | + | EDI: CAPITALONE.COM | Dec 23 2023 04:38:00 | CAPITAL ONE/SAKSFIRST, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14813797 | + | EDI: CITICORP | | |

| | | | |
|---|---|---|---|
| 14813796 | + EDI: CITICORP | Dec 23 2023 04:38:00 | CITI CARD/BEST BUY, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14813799 | + EDI: CITICORP | Dec 23 2023 04:38:00 | CITI CARD/BEST BUY, ATTN: CITICORP CR SRVS CENTRALIZED BANKR, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14813798 | + EDI: CITICORP | Dec 23 2023 04:38:00 | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14813800 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14813801 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITY BANK/KAY JEWELERS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14813803 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITY BANK/KAY JEWELERS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14813802 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITY BANK/VICTORIA SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14813805 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14813804 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITY BK/ULTA, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14813807 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITY BK/ULTA, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14813806 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITYBANK/HOTTPIC, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14813808 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITYBANK/HOTTPIC, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14813809 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14813810 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITYBANK/NEW YORK, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14813811 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITYL/PRCPGD, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14813814 | + EDI: DISCOVER | Dec 23 2023 04:38:00 | COMENITYL/PRCPGD, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14813812 | + EDI: DISCOVER | Dec 23 2023 04:38:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14813817 | + EDI: CITICORP | Dec 23 2023 04:38:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14813816 | EDI: CITICORP | Dec 23 2023 04:38:00 | DSNB BLOOMINGDALES, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14813820 | EDI: CITICORP | Dec 23 2023 04:38:00 | DSNB BLOOMINGDALES, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 14813794 | EDI: JPMORGANCHASE | Dec 23 2023 04:38:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| | | Dec 23 2023 04:38:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14813795 | | EDI: JPMORGANCHASE | Dec 23 2023 04:38:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14813818 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2023 23:43:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 14813819 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2023 23:43:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 14813821 | + | EDI: CITICORP | Dec 23 2023 04:38:00 | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14813822 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 22 2023 23:44:00 | NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14813829 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 22 2023 23:44:00 | NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14813837 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCB/LITT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14813836 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCB/LITT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14813839 | ^ | MEBN | Dec 22 2023 23:38:20 | SYNCB/OLD NAVY, P.O. BOX 8803, WILMINGTON, DE 19899-8803 |
| 14813838 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCB/OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14813841 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCB/PANDORA, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14813840 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCB/PANDORA, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14813843 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCB/TOYS R US, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 14813842 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCB/TOYS R US, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14813845 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14813846 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY BANK/AMAZON, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 14813847 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14813848 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY BANK/GAP, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 14813849 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14813850 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY BANK/LOWES, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 14813851 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14813852 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY BANK/TJX, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 14813854 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY/PAYPAL CREDIT, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 14813853 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY/PAYPAL CREDIT, ATTN: |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14813855 | + | Email/Text: synovusbankruptcy@synovus.com | Dec 22 2023 23:44:00 | SYNOVUS BANK, ATTN: BANKRUPTCY, 1111 BAY AVENUE, COLUMBUS, GA 31901-5218 |
| 14813858 | + | EDI: WTRRNBANK.COM | Dec 23 2023 04:38:00 | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 14813857 | + | EDI: WTRRNBANK.COM | Dec 23 2023 04:38:00 | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |
| 14813859 | ^ | MEBN | Dec 22 2023 23:38:03 | TELECOM SELFREPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 14813861 | + | EDI: WFFC2 | Dec 23 2023 04:38:00 | WELLS FARGO BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 14813860 | + | EDI: WFFC2 | Dec 23 2023 04:38:00 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR, DES MOINES, IA 50328-0001 |

TOTAL: 65

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14813844 | | SYNCB/WALMART |
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| 14813789 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14813815 | *+ | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14813813 | *+ | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14813823 | *+ | NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14813824 | *+ | NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14813825 | *+ | NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14813826 | *+ | NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14813827 | *+ | NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14813828 | *+ | NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 14813830 | *+ | NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14813831 | *+ | NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14813832 | *+ | NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14813833 | *+ | NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14813834 | *+ | NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14813835 | *+ | NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |

TOTAL: 1 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Gabrielle McDuffy bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gabrielle McDuffy**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0545<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–12716–amc | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gabrielle McDuffy

12/21/23

**By the court:** <u>Ashely M. Chan</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**