United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                             Case No. 23-12987-amc

Kwame Edwards                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                               Page 1 of 4

Date Rcvd: Jan 12, 2024                   Form ID: 318                                      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kwame Edwards, 2549 N. Bancroft Street, Philadelphia, PA 19132-3932 |
| 14819933 | + | INDIANA UNIV, OFFICE OF CASHIER, INDIANA, PA 15705-0001 |
| 14819934 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14819963 | + | Temple Health, PO BOX 824925, Philadelphia, PA 19182-4925 |
| 14819964 | + | Temple Physicians Inc., PO BOX 824055, Philadelphia, PA 19182-4055 |
| 14819965 | + | Temple University Hospital, 2450 Hunting Park Avenue, Philadelphia, PA 19129-1398 |
| 14819966 | + | Temple University Kornberg School of Den, 3223 North Broad Street, Philadelphia, PA 19140-5007 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2024 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jan 13 2024 05:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14819908 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2024 00:21:57 | AMERICAN EXPRESS TRAVEL RELATED SERVICES, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14819907 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2024 00:21:48 | AMERICAN EXPRESS TRAVEL RELATED SERVICES, ATTN: BANKRUPTCY, PO BOX 981537, EL PASO, TX 79998-1537 |
| 14819909 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2024 00:21:48 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14819910 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2024 00:21:58 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14819906 | ^ | MEBN | Jan 13 2024 00:10:02 | Alliant Capital Management LLC, 1965 Sheridan Drive, Suite 100, Buffalo, NY 14223-1251 |
| 14819914 | + | EDI: BANKAMER | Jan 13 2024 05:12:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14819911 | + | EDI: BANKAMER | Jan 13 2024 05:12:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14819923 | + | EDI: CITICORP | Jan 13 2024 05:12:00 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14819921 | + | EDI: CITICORP | Jan 13 2024 05:12:00 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14819925 | + | EDI: WFNNB.COM | Jan 13 2024 05:12:00 | COMENITY BANK/KAY JEWELERS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14819926 | + | EDI: WFNNB.COM | Jan 13 2024 05:12:00 | COMENITY BANK/KAY JEWELERS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14819928 | + | EDI: DISCOVER | Jan 13 2024 05:12:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14819927 | + | EDI: DISCOVER | Jan 13 2024 05:12:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14819929 | + | Email/Text: SAABankruptcy@fcbanking.com | Jan 13 2024 00:13:00 | FIRST COMMONWEALTH BANK, ATTN: LEGAL DEPARTMENT, 601 PHILADELPHIA ST, INDIANA, PA 15701-3952 |
| 14819930 | + | Email/Text: SAABankruptcy@fcbanking.com | Jan 13 2024 00:13:00 | FIRST COMMONWEALTH BANK, 22 NORTH SIXTH ST, INDIANA, PA 15701-1802 |
| 14819931 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 13 2024 00:13:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 14819932 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 13 2024 00:13:00 | GOLDMAN SACHS BANK USA, LOCKBOX 6112, PHILADELPHIA, PA 19170-0001 |
| 14819917 | | EDI: JPMORGANCHASE | Jan 13 2024 05:12:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 14819919 | | EDI: JPMORGANCHASE | Jan 13 2024 05:12:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14819936 | + | EDI: LENDNGCLUB | Jan 13 2024 05:12:00 | LENDCLUB BNK, 595 MARKET ST, SAN FRANCISCO, CA 94105-2802 |
| 14819935 | + | EDI: LENDNGCLUB | Jan 13 2024 05:12:00 | LENDCLUB BNK, ATTN: BANKRUPTCY, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 14819946 | + | EDI: MAXMSAIDV | Jan 13 2024 05:12:00 | NAVIENT, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 14819937 | + | EDI: NAVIENTFKASMSERV.COM | Jan 13 2024 05:12:00 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14819956 | + | EDI: SYNC | Jan 13 2024 05:12:00 | SYNCHRONY BANK, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14819955 | + | EDI: SYNC | Jan 13 2024 05:12:00 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14819957 | + | EDI: SYNC | Jan 13 2024 05:12:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14819958 | + | EDI: SYNC | Jan 13 2024 05:12:00 | SYNCHRONY BANK/AMAZON, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 14819959 | + | EDI: SYNC | Jan 13 2024 05:12:00 | SYNCHRONY BANK/HHGREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14819960 | + | EDI: SYNC | Jan 13 2024 05:12:00 | SYNCHRONY BANK/HHGREGG, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14819962 | + | Email/Text: collections@meettally.com | Jan 13 2024 00:13:00 | TALLY TECHNOLOGIES, INC, 375 ALABAMA ST STE 325, SAN FRANCISCO, CA 94110-7334 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14819961 | | + Email/Text: collections@meettally.com | Jan 13 2024 00:13:00 | TALLY TECHNOLOGIES, INC, ATTN: BANKRUPTCY, 375 ALABAMA ST #325, SAN FRANCISCO, CA 94110-7334 |
| 14819967 | | + EDI: LCIUPSTART | Jan 13 2024 05:12:00 | UPSTART NETWORK INC., 2 CIRCLE STAR WAY, SAN CARLOS, CA 94070-6200 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14819915 | *+ | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14819916 | *+ | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14819912 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14819913 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14819924 | *+ | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14819922 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14819918 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 14819920 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14819947 | *+ | NAVIENT, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 14819948 | *+ | NAVIENT, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 14819949 | *+ | NAVIENT, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 14819950 | *+ | NAVIENT, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 14819951 | *+ | NAVIENT, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 14819952 | *+ | NAVIENT, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 14819953 | *+ | NAVIENT, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 14819954 | *+ | NAVIENT, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 14819938 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14819939 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14819940 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14819941 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14819942 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14819943 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14819944 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 14819945 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Kwame Edwards bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kwame Edwards<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5031<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–12987–amc | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kwame Edwards

<u>1/11/24</u>                                                                    **By the court:**   <u>Ashely M. Chan</u>
                                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**